### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SARA J. SUTTON**                                                              **PLAINTIFF**

**V.**                               **CASE NO. 4:26CV00104 JM-BBM**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration**                               **DEFENDANT**

### ORDER

The Court has received a Recommendation filed by United States Magistrate Judge Benecia B. Moore After careful review of those Findings and Recommendations and a review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Ms. Sutton's Motion to Dismiss (Doc. 6) is GRANTED. The Complaint is DISMISSED without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE