### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SARA J. SUTTON**                                                                                      **PLAINTIFF**

**V.**                                                 **CASE NO. 4:26CV00104 JM-BBM**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this judgment would not be taken in

good faith.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
James M. Moody Jr
United States District Judge